USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILAD AHMADI PISHKOUHI,

                     Plaintiff,

         -against-

UR MENDOZA JADDOU, in her official
capacity as Director, United States Citizenship
and Immigration Services, et al.,

                    Defendants.
-----------------------------------------------------------------X

25-CV-1192 (JHR) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Proposed Stipulation and Order of Dismissal filed on February 19, 2025 (doc. no 13) the Initial Case Management Conference currently scheduled for **March 24, 2025** is hereby adjourned *sine die*.

                    **SO ORDERED.**

DATED:    New York, New York
              March 6, 2025

                                 _____
                                 KATHARINE H. PARKER
                                 United States Magistrate Judge